# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARICE NALLS

NO. 2021 KW 1195

**DECEMBER 22, 2021**

---

In Re:    Marice Nalls, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 07-07-0697.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                              PMc
                              JEW
                              GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT